## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>AYANA ROSE BACON,<br><br>  Defendant. | MJ 24-51-GF-BMM<br><br>(2:23CR000284-001)<br><br>ORDER FOR TRANSFER TO DISTRICT OF OFFENSE |

IT IS HEREBY ORDERED that the United States Marshal shall transport the defendant to the District of Idaho, where the original charging documents were filed.

DATED this 21st day of June 2024.

_____

Brian Morris, Chief District Judge
United State District Court